Tony S. Adderley, Esq.  (310) 504-2151
Bar No. 238729
5757 W. Century Blvd. Ste. 700
Los Angeles, CA 90045
e-mail: tsadderley@msn.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DORA M. GREEN,<br><br>      Applicant,<br><br>  vs.<br><br>NANCY A. BERRYHILL,<br>Acting COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>      Defendant | Case No.: CV16-07544 R (JPR)<br><br>ORDER OF DISMISSAL |

Based upon the parties' STIPULATION FOR DISMISSAL, the above captioned matter is dismissed without prejudice, with each party to bear its own fees, costs and expenses.

Dated: May 23, 2017

_____
JEAN ROSENBLUTH
United States Magistrate Judge

- 1